UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 24-2049-KK-SHKx | Date: | November 12, 2025 |
|---|---|---|---|
| Title: | *Water Industries Inc. v. PureGen Technology Inc.* | | |

Present: The Honorable  KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Twyla Freeman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order DISMISSING the Instant Action

On November 10, 2025, plaintiff Water Industries Inc. ("Plaintiff") and defendant PureGen Technology Inc. ("Defendant") filed a Joint Stipulation seeking dismissal of Plaintiff's claims against Defendant with prejudice pursuant to Fed. R. Civ. P 41 (a)(1)(A)(ii). ECF Docket No. ("Dkt.") 36.

Accordingly, the Court deems this matter dismissed with prejudice, and the case is closed as of November 7, 2025.

**IT IS SO ORDERED**. (JS-6)